

# NUMBER 13-13-00568-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE GLORIA ARACELI LOEZA ACEVES

On Petition for Writ of Mandamus
and Request for Emergency Temporary Relief.

# ORDER

### Before Justices Garza, Perkes, and Longoria
### Per Curiam Order

Relator, Gloria Araceli Loeza Aceves, filed a petition for writ of mandamus and request for emergency temporary relief in the above cause on December 2, 2015. Through this original proceeding, Aceves requests that this Court: (1) grant emergency relief staying the trial court proceedings; (2) vacate the trial court's September 11, 2015 order staying enforcement of the parties' mediated settlement agreement; and (3) direct the trial court to enter judgment on the mediated settlement agreement.

The Court, having examined and fully considered the request for emergency temporary relief, is of the opinion that the motion should be granted. The motion for

emergency temporary relief is GRANTED, and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Paul James Hudson, Harry Benjamin Swartout, and Arkoma Energy Services, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of December, 2015.